ORDERED.

Dated: January 11, 2017

*Catherine McEwen*
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                            Case No. 16-09213-CPM
Matthew Davis,                                              Chapter 7

      Debtor.

**ORDER AUTHORIZING THE CHAPTER 7 TRUSTEE TO RETAIN BK GLOBAL REAL ESTATE SERVICES AND SOUTH DAKOTA REAL ESTATE COMPANY. TO PROCURE CONSENTED PUBLIC SALE PURSUANT TO 11 U.S.C. §§327, 328 AND 330 OF THE PROPERTY**

      This cause came on for consideration upon the Chapter 7 Trustee's Application to Retain BK Global Real Estate Services and South Dakota Real Estate Company to Procure Consented Public Sale pursuant to 11 U.S.C. § § 327, 328 and 330 ("Application") (Doc. No. 13). The Court has considered the Application, together with the record, and is satisfied that the Application is well taken and should be approved. Accordingly, it is ORDERED, ADJUDGED, AND DECREED as follows:

    1.    The Application is hereby approved.

    2.    The Trustee is authorized to retain and compensate BKRES and Listing Agent to procure Secured Creditor's Consent, and otherwise market and sell the Property, in Debtor's Chapter 7 case pursuant to Sections 327, 328(a) and 330 of the Bankruptcy Code, and Bankruptcy Rules 2014 and 2016, in accordance with the terms and conditions set forth in the BKRES Agreement, the Listing Agreement and this Order. BKRES and Listing Agent shall not split or otherwise share their fees with any other person or entity.

    3.    BKRES and Listing Agent are disinterested persons within the meaning of Bankruptcy Code Section 101(14).

    Stephen Meininger, Trustee, is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.